# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-1955
LT Case No. 2020-CA-4842

_____

AMERIFUND EQUITY GROUP,

    Appellant,

    v.

REVERSE MORTGAGE FUNDING,
LLC., THE ESTATE OF BETTY JOE
MCLAREN, KIM ELLEN RUCKLE,
and IVA JOHNSON A/K/A IVA L.
BUCKANS-JOHNSON,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Kevin J. Loftus, of The Loftus Firm, LLC, Jacksonville, for
Appellant.

Michael Farrar, Doral, for Appellee, Reverse Mortgage Funding.

No Appearance for Remaining Appellees.

July 23, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————